**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.

MATTHEW CHARNAY
(a/k/a MATHEW CHARNAY, A.B.,
ANDROS VASSILIKOS, E.F., AND E.M.)

No. 2:25-cr-00146-LEW

2025 OCT -1  P 4: 54

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (False Statement in Application and Use of Passport)

On about December 1, 2020, in the District of Maine, the defendant,

**MATTHEW CHARNAY**
**(Also Known as MATHEW CHARNAY, A.B.,**
**ANDROS VASSILIKOS, E.F. AND E.M.)**

willfully and knowingly made a false statement in an application for a passport with the intent to induce or secure the issuance of a passport under the authority of the United States, for his own use or the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws.  Specifically, the defendant falsely stated that he had never used another name when, in fact, he had, and he falsely stated that he had never applied for or been issued a U.S. passport before, when he had previously applied for and obtained a U.S. passport in 2010, 2014, 2015, 2016, 2017, 2018 and 2019.

In violation of Title 18, United States Code, Section 1542.

## COUNT TWO
### (Aggravated Identity Theft)

On about December 1, 2020, in the District of Maine, the defendant,

### MATTHEW CHARNAY
### (Also Known as MATHEW CHARNAY, A.B.,
### ANDROS VASSILIKOS, E.F. AND E.M.)

knowingly transferred, possessed, and used, without lawful authority, a means of

identification of another person during and in relation to a felony enumerated in 18 U.S.C.

§ 1028A(c), that is False Statement in Application and Use of Passport, in violation of 18

U.S.C. § 1542, as charged in Count One of this indictment.

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT THREE
### (False Statement in Application and Use of Passport)

On about November 13, 2024, in the District of Maine, the defendant,

### MATTHEW CHARNAY
### (Also Known as MATHEW CHARNAY, A.B.,
### ANDROS VASSILIKOS, E.F. AND E.M.)

willfully and knowingly made a false statement in an application for a passport with the

intent to induce or secure the issuance of a passport under the authority of the United

States, for his own use or the use of another, contrary to the laws regulating the issuance of

passports and the rules prescribed pursuant to such laws.  Specifically, the defendant

falsely stated that he had never used another name when, in fact, he had, and he falsely

stated that he worked for as an "I.T. director" for a company when, in fact, he had not.

In violation of Title 18, United States Code, Section 1542.

## COUNT FOUR
### (Aggravated Identity Theft)

On about November 13, 2024, in the District of Maine, the defendant,

### MATTHEW CHARNAY
### (Also Known as MATHEW CHARNAY, A.B.,
### ANDROS VASSILIKOS, E.F. AND E.M.)

knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person during and in relation to a felony enumerated in 18 U.S.C. § 1028A(c), that is False Statement in Application and Use of Passport, in violation of 18 U.S.C. § 1542, as charged in Count Three of this indictment.

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT FIVE
### (False Representation of Social Security Number)

On about July 2, 2024, in the District of Maine, the defendant,

### MATTHEW CHARNAY
### (Also Known as MATHEW CHARNAY, A.B.,
### ANDROS VASSILIKOS, E.F. AND E.M.)

for the purpose of obtaining something of value and for any other purpose, with intent to deceive, falsely represented a number to be the Social Security account number assigned by the Commissioner of Social Security to him when in fact it was not.

In violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT SIX
### (Aggravated Identity Theft)

On about July 2, 2024, in the District of Maine, the defendant,

### MATTHEW CHARNAY
### (Also Known as MATHEW CHARNAY, A.B.,
### ANDROS VASSILIKOS, E.F. AND E.M.)

knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person during and in relation to a felony enumerated in 18 U.S.C. § 1028A(c), that is False Representation of Social Security Number, in violation of 42 U.S.C. § 408(a)(7)(B), as charged in Count Five of this indictment.

In violation of Title 18, United States Code, Section 1028A(a)(1).

Signature Redacted – Original on file with the Clerk's Office

GRAND JURY FOREPERSON

Assistant United States Attorney
Dated: OCTOBER 1, 2025