# Indictment Synopsis

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2025 OCT -1  P 4: 54

DEPUTY CLERK

| | |
|---|---|
| **Name:** | Matthew Charnay (a/k/a Mathew Charnay, A.B., Andros Vassilikos, E.F. and E.M.) |
| **Address:** (City & State Only) | Portland, Maine New York, New York Portsmouth, NH |
| **Year of Birth and Age:** | 1985/40 years old |
| **Violations:** | **Counts 1 and 3**: False statement in Application and Use of Passport, in violation of 18 U.S.C. § 1542 **Counts 2, 4, & 6**: Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1) **Count 5**: False Representation of Social Security Number, in violation of 42 U.S.C. § 408(a)(7)(B) |
| **Penalties:** | **Count 1**: If the offense was committed to facilitate an act of international terrorism, not more than 25 years imprisonment, a fine of not more than $250,000, or a fine and prison; if the offense was committed to facilitate a drug trafficking crime as defined in 18 U.S.C. § 929(a), not more than 20 years of imprisonment, a fine of not more than $250,000, or a fine and prison; if the offense was not committed to facilitate an act of international terrorism or a drug trafficking crime, not more than 10 years of imprisonment, a fine of not more than $250,000, or a fine and prison. 18 U.S.C. § 1542, 18 U.S.C. §3571(b)(3)); this is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). **Count 2**: If the offense specified in Count 1 is proven by the Government, the defendant shall be sentence to a term of imprisonment of 2 years consecutive from the sentence imposed on Count 1. 18 U.S.C. §§ 1028A(a)(1) & (b)(1); this is a Class E felony pursuant to 18 U.S.C. § 3559(a)(5). **Count 3**: If the offense was committed to facilitate an act of international terrorism, not more than 25 years imprisonment, a fine of not more than $250,000, or a fine and prison; if the offense was |

| | |
|---|---|
| | committed to facilitate a drug trafficking crime as defined in 18 U.S.C. § 929(a), not more than 20 years of imprisonment, a fine of not more than $250,000, or a fine and prison; if the offense was not committed to facilitate an act of international terrorism or a drug trafficking crime, not more than 10 years of imprisonment, a fine of not more than $250,000, or a fine and prison. 18 U.S.C. § 1542, 18 U.S.C. §3571(b)(3)); this is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). **Count 4**: If the offense specified in Count 3 is proven by the Government, the defendant shall be sentence to a term of imprisonment of 2 years consecutive from the sentence imposed on Count 3. 18 U.S.C. §§ 1028A(a)(1) & (b)(1); this is a Class E felony pursuant to 18 U.S.C. § 3559(a)(5). **Count 5**: Not more than five years imprisonment, <u>and</u> a fine of not more than $250,000. 18 U.S.C. §§ 2252A(a)(2)(A), 2252A(b)(1), 18 U.S.C. §3571(b)(3)); this is a Class D felony pursuant to 18 U.S.C. § 3559(a)(4). **Count 6**: If the offense specified in Count 5 is proven by the Government, the defendant shall be sentence to a term of imprisonment of 2 years consecutive from the sentence imposed on Count 5. 18 U.S.C. §§ 1028A(a)(1) & (b)(1); this is a Class E felony pursuant to 18 U.S.C. § 3559(a)(5). |
| **Supervised Release:** | **Counts 1 and 3:** Not more than 3 years. 18 U.S.C. § 3583(b)(2). **Count 5:** Not more than 3 years. 18 U.S.C. § 3583(b)(2). **Counts 2, 4 & 6:** Not more than one year. 18 U.S.C. § 3583(b)(3). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts 1 and 3**: Not more than two years. 18 U.S.C. § 3583(e)(3). **Count 5**: Not more than two years. 18 U.S.C. § 3583(e)(3). |

| | |
|---|---|
| | **Counts 2, 4 & 6**: Not more than one year. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts 1 and 3**: Not more than two years, less any term of imprisonment imposed up revocation. 18 U.S.C. § 3583(h). <br><br> **Count 5**: Not more than two years, less any term of imprisonment imposed up revocation. 18 U.S.C. § 3583(h). <br><br> **Counts 2, 4 & 6**: Not more than one year, less any term of imprisonment imposed up revocation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | To be Appointed |
| **Primary Investigative Agency and Case Agent Name:** | Special Agent Isaac Oransky <br> U.S. Department of State <br> Bureau of Diplomatic Security <br> Portsmouth Resident Office |
| **Detention Status:** | Arrest warrant being sought. |
| **Foreign National:** | No. |
| **Foreign Consular Notification Provided:** | No. |
| **County:** | Cumberland |
| **AUSA:** | Anne Yereniuk |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | **Counts 1, 2. 3, 4, 5, and 6:** $100 per count. See 18 U.S.C. § 3013(a)(2)(A). |