

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

JUL 31 2026

JENNIFER P. LYONS, CLERK

BY_____
DEPUTY CLERK

Matthew Charnay
MDOC # 179151
Maine State Prison
807 Cushing Road
Warren, Maine 04864

USMS ME

RECEIVED
JUL 21 2026
MSP MAILROOM

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 04101
02 7H
0001292498

$ 000.78⁰

JUL 14 2026

SPECIAL MAIL - OPEN ONLY IN THE PRESENCE OF THE INMATE.
LEGAL MATERIAL ENCLOSED