OFFICE OF THE CLERK
CHRISTA K. BERRY, CLERK
UNITED STATES DISTRICT COURT
156 FEDERAL STREET
PORTLAND, MAINE 04101

OFFICIAL BUSINESS

RETURN TO SENDER

SO MAINE O41
14 JUL 2026 PM 3 L

US POSTAGE IMI PITNEY BOWES

ZIP 04101
02 7H
0001292498

$ 000.78⁰

JUL 13 2026

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

AUG 0 4 2026

JENNIFER P. LYONS. CLERK

BY_____
DEPUTY CLERK

Matthew Charnay
MDOC # 179151
807 Cushing Road
Warren, Maine 04864-4600

USMS ME RECEIVED

JUL 17 2026

MSP MAILROOM

RETURN TO SENDER
NO SUCH PERSON
THIS CORRECTIONAL FACILITY

SPECIAL MAIL - OPEN ONLY IN THE PRESENCE OF THE INMATE.

LEGAL MATERIAL ENCLOSED

