UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | |
| | ) | 2025-CR-146-LEW |
| | ) | |
| MATTHEW CHARNAY, | ) | |
| | ) | |
| Defendant, | ) | |

**UNOPPOSED MOTION TO EXTEND TIME**
**TO FILE MOTIONS AND MOTION TO CONTINUE**

**NOW COMES** the Defendant, Matthew Charnay, by and through counsel and requests an Order from this Court that the period of time to file motions be extended and the case be moved to the September Trial List for the following reasons:

1. Matthew Charnay made his initial appearance on May 27, 2026, where the Court set the motion deadline for July 15, 2026 and place the matter on the September 1, 2026 trail list.
2. The Federal Defender filed a motion to withdraw and current counsel was appointed on July 1, 2026.
3. The Government has not yet produced all of the discovery in this matter. The Government estimates that it will produce Mr. Charnay's cellular telephone data next week. additional time will be necessary to review it and file any necessary motions.
4. Counsel estimates that he needs at least 14 days to review the discovery and

prepare any necessary motions.

5. Counsel has contacted Anne Yereniuk, Assistant United States Attorney, and she does not object to this motion for extension of time and a continuance in this matter.

6. The defendants do not object to the waiver of the Speedy Trial Act pursuant to 18 U.S.C. 3161(h)(8) for the length of the extension from September 1, 2026 through the date of enlargement of October 5, 2026.

**WHEREFORE** the Defendant, Matthew Charnay, request the motion deadline be set for September 1, 2026 and the matter be placed on the October Trial list

Dated this 14th day of August 2026

/s/ Robert C. Andrews
Robert C. Andrews
Attorney for the Defendant
Maine Bar Number 8980
91 Auburn St. Suite J PMB 1155
Portland, ME. 04103
207-879-9850

**Certificate of Service**

I, Robert C. Andrews, certify that I have served a conforming copy of this Motion to Enlarge Time by electronic filing:

Anne Yereniuk, AUSA
Office of the United States Attorney
100 Middle Street 6th floor
Portland, Maine 04101

This 14th Day of August 2026.

/s/ Robert C. Andrews
Robert C. Andrews
Attorney for the Defendant